# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO GREGORY BROOKS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-cv-02200 (UNA) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the court on review of plaintiff's application for leave to proceed *in forma pauperis,* ECF No. 2, filed with the civil complaint, ECF No. 1.

Accordingly, it is hereby

**ORDERED** that plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that the Clerk of Court shall assign this action randomly to a judge for further proceedings.

**SO ORDERED.**

Date: August 28, 2024

DABNEY L. FRIEDRICH
United States District Judge