# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTONIO G BROOKS
2701 PARK CENTER DRIVE, APT B905
ALEXANDRIA, VA 22302

PLAINTIFF

VS.                                      CIVIL ACTION NO: 24-CV-02200

FEDERAL BUREAU OF INVESTIGATION
935 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20535



RECEIVED
Mail Room

SEP - 6 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

DEFENDANT

## MOTION FOR LEAVE UNDER PRO SE TO FILE ELECTRONICALLY

Antonio Brooks ("Plaintiff"), proceeding pro se, respectfully requests leave from this Court to file documents electronically via the Court's CM/ECF system. In support of this motion, Plaintiff states as follows:

## BACKGROUND

1. Plaintiff is proceeding in this matter without an attorney and has been diligently complying with all court procedures and requirements.

## REASON FOR REQUEST

2. Electronic filing will facilitate more efficient and timely communication and filing of documents with the Court and all parties involved. It will also help reduce costs associated with printing and mailing documents.

## PLAINTIFF'S COMPETENCE

3. Plaintiff has reviewed the Court's rules regarding electronic filing and is familiar with the CM/ECF system, including the technical requirements for its use. Plaintiff understands the requirement to file documents in PDF format and has access to the necessary computer equipment and software to do so.

## APPLICABLE RULES AND AUTHORITY

4. Under Federal Rule of Civil Procedure 5(d)(3), a court may, by local rule, allow papers to be filed, signed, or verified by electronic means that are consistent with technical standards established by the Judicial Conference of the United States.

5. The Local Rules of the United States District Court for the District of Columbia (LCvR), specifically LCvR 5.4(b)(2), permit a party proceeding pro se to file documents electronically if granted leave by the Court.

6. Additionally, LCvR 5.4(b)(1) provides that electronic filing is the standard method of filing documents in the District Court for the District of Columbia.

## PRECEDENT FOR GRANTING LEAVE

7. The Court has granted similar requests for electronic filing privileges to pro se litigants who have demonstrated a willingness and ability to comply with the requirements of the CM/ECF system.

## NO PREJUDICE TO OPPOSING PARTY

8. Allowing Plaintiff to file documents electronically will not prejudice the Defendant. In fact, it will promote more efficient communication and case management.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court:

9. Grant leave to file documents electronically via the CM/ECF system in this matter.

10. Grant such other relief as the Court may deem just and proper.

Dated: 30 August 2024

Respectfully Submitted, *Pro Se*,

Antonio Gregory Brooks
2701 Park Center Drive, Apt B905
Alexandria, VA 22302
910-987-0787
Antoniobrooks20@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANTONIO G BROOKS
2701 PARK CENTER DRIVE, APT B905
ALEXANDRIA, VA 22302

PLAINTIFF

VS.

CIVIL ACTION NO: 24-CV-02259

DEPARTMENT OF THE ARMY
RE: COUNTERINTELLIGENCE COMMAND AND CRIMINAL INVESTIGATION
COMMAND
101 ARMY PENTAGON
WASHINGTON, DC 20310

DEFENDANT

## MOTION FOR LEAVE UNDER PRO SE TO FILE ELECTRONICALLY

Antonio Brooks ("Plaintiff"), proceeding pro se, respectfully requests leave from this Court to file documents electronically via the Court's CM/ECF system. In support of this motion, Plaintiff states as follows:

## BACKGROUND

1. Plaintiff is proceeding in this matter without an attorney and has been diligently complying with all court procedures and requirements.

## REASON FOR REQUEST

2. Electronic filing will facilitate more efficient and timely communication and filing of documents with the Court and all parties involved. It will also help reduce costs associated with printing and mailing documents.

## PLAINTIFF'S COMPETENCE

3. Plaintiff has reviewed the Court's rules regarding electronic filing and is familiar with the CM/ECF system, including the technical requirements for its use. Plaintiff understands

the requirement to file documents in PDF format and has access to the necessary computer equipment and software to do so.

## APPLICABLE RULES AND AUTHORITY

4. Under Federal Rule of Civil Procedure 5(d)(3), a court may, by local rule, allow papers to be filed, signed, or verified by electronic means that are consistent with technical standards established by the Judicial Conference of the United States.

5. The Local Rules of the United States District Court for the District of Columbia (LCvR), specifically LCvR 5.4(b)(2), permit a party proceeding pro se to file documents electronically if granted leave by the Court.

6. Additionally, LCvR 5.4(b)(1) provides that electronic filing is the standard method of filing documents in the District Court for the District of Columbia.

## PRECEDENT FOR GRANTING LEAVE

7. The Court has granted similar requests for electronic filing privileges to pro se litigants who have demonstrated a willingness and ability to comply with the requirements of the CM/ECF system.

## NO PREJUDICE TO OPPOSING PARTY

8. Allowing Plaintiff to file documents electronically will not prejudice the Defendant. In fact, it will promote more efficient communication and case management.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court:

9. Grant leave to file documents electronically via the CM/ECF system in this matter.

10. Grant such other relief as the Court may deem just and proper.

Dated: 30 August 2024

Respectfully Submitted - *Pro Se,*

Antonio Gregory Brooks
2701 Park Center Drive Apt B905
Alexandria, VA 22302
910-987-0787
Antoniobrooks20@gmail.com