# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANTONIO G BROOKS
PLAINTIFF

**1:24-cv-02200-APM**

VS.

CIVIL ACTION NO. Case No. 24-CV-02200

FEDERAL BUREAU OF INVESTIGATION, et al.,
DEFENDANT

## PLAINTIFF'S SUPPLEMENTAL MOTION REQUESTING A JURY TRIAL

1. Plaintiff Antonio Brooks, proceeding pro se, respectfully submits this Supplemental Motion requesting a jury trial in the above-captioned case, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and in support thereof states as follows:

## LEGAL BASIS FOR JURY TRIAL IN FOIA CASES

2. While FOIA cases typically do not involve the right to a jury trial, there may be issues incidental to the case, such as the adequacy of searches, improper withholding of documents, or bad faith actions by the government, that could be subject to factual determination by a jury. Plaintiff asserts that there are sufficient factual disputes regarding the Defendants' actions, including but not limited to the withholding of documents, the adequacy of searches, and potential bad faith efforts to evade FOIA requirements, which would justify the intervention of a jury.

## FACTUAL DISPUTES IN THE CASE



3. Plaintiff alleges that Defendants have not conducted an adequate search for responsive documents, have improperly withheld documents, and have acted in bad faith throughout the FOIA process. These are factual issues that warrant the consideration of a jury. Specifically:
    a. Defendants' repeated failure to provide requested documents within the statutory timeframe.

    b. Evidence suggesting Defendants have not taken reasonable steps to locate responsive records, despite multiple communications from Plaintiff.
    c. Indicators of potential intentional obfuscation or withholding of critical documents under FOIA exemptions that may not be applicable in this case.

## REQUEST FOR COMPENSATORY AND PUNITIVE DAMAGES

4. In addition to seeking a jury trial, Plaintiff requests compensatory and punitive damages to remedy the harm caused by the Defendants' actions. The Defendants' failure to comply with statutory requirements, inadequate search efforts, and bad faith conduct have caused significant personal and financial burdens to the Plaintiff, including:

    a. Financial costs associated with the preparation and filing of this lawsuit, including fees for materials, services, and lost time.
    b. Mental and emotional distress caused by the prolonged withholding of information and documents critical to Plaintiff's case and interests.
    c. Diminished ability to pursue personal, professional, and legal matters due to the lack of access to requested records.
    d. As such, Plaintiff requests that the Court award compensatory damages to cover the costs and damages incurred. Plaintiff also seeks punitive damages to deter further bad faith actions by the Defendants and to ensure accountability in future FOIA compliance.

## RIGHT TO A JURY TRIAL UNDER THE SEVENTH AMENDMENT

5. Plaintiff asserts the right to a jury trial under the Seventh Amendment of the United States Constitution, which preserves the right to a jury trial in civil cases where legal rights are at issue. In the present case, Plaintiff contends that the resolution of factual disputes concerning Defendants' FOIA compliance and potential bad faith actions involves matters of law and fact. As such, a jury trial is appropriate to resolve these factual questions.

## ALTERNATIVE RELIEF IF JURY TRIAL IS NOT GRANTED

6. If this Court declines to grant a jury trial, Plaintiff respectfully requests that compensatory damages be awarded to cover all costs associated with the preparation, filing, and prosecution of this case, despite the fact that the filing was done pro se. While Plaintiff has represented himself, significant costs have still been incurred, including but not limited to court fees, documentation expenses, and the personal time and resources expended to research, prepare, and file this lawsuit.

7. Plaintiff contends that these costs would have been minimized if Defendants had complied with FOIA requirements in a timely and transparent manner. Therefore, compensatory damages are necessary to remedy the financial burden unjustly imposed on Plaintiff as a result of Defendants' misconduct. In addition, punitive damages are requested to address the bad faith conduct of the Defendants, which has caused unnecessary delays, distress, and infringement upon Plaintiff's legal rights. These damages should be considered as a remedy if the Court determines that a jury trial is not appropriate under FOIA, but finds that the actions of the Defendants justify financial redress.

## CONCLUSION

### Violation of FOIA for Wrongful Withholding of Agency Records

8. Given the significant factual disputes regarding the adequacy of Defendants' search for documents, their withholding of records, and potential bad faith conduct, Plaintiff respectfully requests that the Court grant this motion for a jury trial to resolve these matters. Plaintiff believes a jury's assessment of the factual record will provide a fair and impartial resolution to these disputes.

## PRAYER FOR RELIEF

9. WHEREFORE, Plaintiff Antonio Brooks respectfully requests that this Honorable Court:

   a. Grant this Supplemental Motion for a jury trial in the above-captioned matter.
   b. Award compensatory damages to cover the financial costs incurred by Plaintiff due to Defendants' misconduct and improper withholding of records.
   c. Award punitive damages to deter future bad faith actions by the Defendants and to ensure accountability in FOIA compliance.
   d. Grant such other relief as the Court may deem just and proper.

Dated: 4 October 2024

Respectfully Submitted - Pro Se,

Antonio Gregory Brooks
2701 Park Center Drive, Apt B905
Alexandria, VA 22302
910-987-0787
Antoniobrooks20@gmail.com