| U.S. Department of Justice <br> United States Marshals Service | **PROCESS RECEIPT AND RETURN** <br> See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF <br> ANTONIO GREGORY BROOKS | COURT CASE NUMBER <br> 1:24-cv-02200-APM |
|---|---|
| DEFENDANT <br> FEDERAL BUREAU OF INVESTIGATION | TYPE OF PROCESS <br> Complaint & Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CHRISTOPHER WRAY, DIRECTOR-FEDERAL BUREAU OF INVESTIGATION
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
935 Pennsylvania Avenue, Washington, DC 20535

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| ANTONIO GREGORY BROOKS <br> 2701 Park Center Drive <br> Apt. B905 <br> Alexandria, VA 22302 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: <br> /s/ Charles Briggs | ☒ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER <br> (202) 354-3120 | DATE <br> 10/9/2024 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process <br> 1/3 | District of Origin <br> No. A16 | District to Serve <br> No. A16 | Signature of Authorized USMS Deputy or Clerk <br> Jahypn | Date <br> 10/9/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) <br> Sophia Kil   Assistant General Counsel   for FBI only | Date <br> 10/11/2024 | Time <br> 2:38 | ☐ am <br> ☑ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy <br> Aoretta A. Chery   Badge # 4494 | | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

**RECEIVED**

OCT 15 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

U.S. MARSHAL-DC pg 4:22
RECEIVED OCT 9 '24

Form USM-285
Rev. 03/21

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:24-cv-02200-APM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Director of FBI Christopher Wray**
was received by me on *(date)* **10/11/2024**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Sophia Kil** , who is
designated by law to accept service of process on behalf of *(name of organization)* **FBI**
**Assistant General Counsel** on *(date)* **10/11/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/11/2024**

*Server's signature*

**Josette A. Chery, DUSM**
*Printed name and title*
U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

*Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANTONIO GREGORY BROOKS | 1:24-cv-02200-APM |
| DEFENDANT | TYPE OF PROCESS |
| FEDERAL BUREAU OF INVESTIGATION | Complaint & Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
HON. MERRICK GARLAND, UNITED STATES ATTORNEY GENERAL,
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 Pennsylvania Ave N.W, Washington, DC 20530

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| ANTONIO GREGORY BROOKS<br>2701 Park Center Drive<br>Apt. B905<br>Alexandria, VA 22302 | Number of process to be served with this Form 285: 2<br>Number of parties to be served in this case: 3<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
/s/Charles Briggs
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (202) 354-3120
DATE: 10/9/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2/3
District of Origin No. A16
District to Serve No. A16
Signature of Authorized USMS Deputy or Clerk
Date: 10/9/2024

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Gail Allen Next Cleade
Date: 10/11/24
Time: 2:11 ☐ am ☒ pm

Address (complete only if different than shown above)
Signature of U.S. Marshal or Deputy
Josetta A. Chery
Badge # 4494

Costs shown on attached USMS Cost Sheet >>

REMARKS

RECEIVED
OCT 15 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

U.S. MARSHAL-DC P-4:22
RECEIVED OCT 9 '24

Form USM-285
Rev. 03/21

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:24-cv-02200-APM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **US Attorney General Merrick Garland**
was received by me on *(date)* **10/11/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Mail Allen** , who is designated by law to accept service of process on behalf of *(name of organization)* **FBI Mail Clerk** on *(date)* **10/11/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/11/2024**

*Josette A. Chery*
Server's signature

**Josette A. Chery, DUSM**
Printed name and title

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

Server's address

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANTONIO GREGORY BROOKS | 1:24-cv-02200-APM |
| DEFENDANT | TYPE OF PROCESS |
| FEDERAL BUREAU OF INVESTIGATION | Complaint & Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MATTHEW GRAVES, U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
ATTN: CIVIL PROCESSING CLERK, 601 D Street, N.W., Washington, DC 20530

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| ANTONIO GREGORY BROOKS<br>2701 Park Center Drive<br>Apt. B905<br>Alexandria, VA 22302 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/Charles Briggs | | (202) 354-3120 | 10/9/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3/3 | District of Origin<br>No. A16 | District to Serve<br>No. A16 | Signature of Authorized USMS Deputy or Clerk<br>Jahy 4 | Date<br>10/9/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
X Toyin Abejide, Paralegal Specialist

Date: 10/11/2024   Time: 2:51 pm

Address *(complete only if different than shown above)*

Signature of U.S. Marshal or Deputy
Rosette a. Cherry   Badge # 4494

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

RECEIVED
OCT 15 2024
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21


U.S. MARSHAL-DC 2x4:22
RECEIVED OCT 9 '24

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:24-cv-02200-APM

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* US Attorney for D.C. Matthew Graves
was received by me on *(date)* 10/11/2024.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Toyin Abejide, who is designated by law to accept service of process on behalf of *(name of organization)* FBI Paralegal Specialist on *(date)* 10/11/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/11/2024

Josette A. Chery
*Server's signature*

Josette A. Chery, DUSM
*Printed name and title*

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

*Server's address*

Additional information regarding attempted service, etc: