UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO GREGORY BROOKS,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　Defendant. | Civil Action No. 24-2200 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order (ECF No. 11) the parties, Defendant, Federal Bureau of Investigation ("Defendant" or "FBI") and Plaintiff, Antonio Gregory Brooks ("Plaintiff") submit this joint status report in this Freedom of Information Act ("FOIA") case:

**Defendant's Statement**:

1.　FBI reports that on December 12, 2024, Defendant produced documents responsive to FOIA Request No. 1454544-000 via email. Defendant previously attempted to send this production to Plaintiff on or about June 8, 2023, however the production was returned to the FBI as undeliverable. *See* Answer (ECF No. 10) at ¶ 27. FBI further reports that on December 12, 2024, Plaintiff provided FOIA Request No. 14-98-294-001, which Plaintiff alleges applies to four FOIA requests. FBI is investigating the status of FOIA Request No. 14-98-294-001.

2.　FBI does not anticipate moving for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Although Plaintiff expressed interest in summary judgment briefing, FBI believes briefing at this juncture would be premature. FBI respectfully requests that the Court permit a reasonable amount of time for the FBI to investigate

Plaintiff's FOIA requests and to confer with Plaintiff to narrow down the issues in this case. FBI proposes filing another joint status report on or before January 27, 2025.

**Plaintiff's Statement**:

3. Plaintiff conferred with counsel for the Defendant and was not able to reach an agreement as to the allegations set forth in the initial Complaint (ECF No.1) or as to the responses or defenses contained within the Defendant's Answer (ECF No. 10) as ordered by this Court (ECF No. 11). Plaintiff will provide to the Court a Supplemental Memorandum to include as part of the Joint Status Report.

Dated: December 13, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/_____
Antonio Gregory Brooks

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*