UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO GREGORY BROOKS,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 24-2200 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 17, 2024 Minute Order, the parties, Defendant, Federal Bureau of Investigation ("Defendant" or "FBI") and Plaintiff, Antonio Gregory Brooks ("Plaintiff") submit this joint status report in this Freedom of Information Act ("FOIA") case:

**Defendant's Statement**:

1. The FBI previously reported that Plaintiff provided the FOIA request number that Plaintiff alleges applies to his four FOIA requests. See Joint Status Report (ECF No. 13) ¶ 1. The FBI reports that it has begun to conduct additional searches based on the information Plaintiff provided and, to the extent responsive records are located, the FBI anticipates providing an estimated page count and processing schedule on or before February 28, 2025.

2. FBI respectfully requests that the Court allow a reasonable amount of time for the FBI to investigate Plaintiff's FOIA requests and to confer with Plaintiff to narrow down the issues in this case. FBI proposes filing another joint status report on or before February 28, 2025.

**Plaintiff's Statement**:

3.   Plaintiff conferred with counsel for Defendant and could not agree on the allegations set forth in the initial Complaint (ECF No.1) or the responses or defenses contained within Defendant's Answer (ECF No. 10).

Additionally, Plaintiff and the Defendant's counsel were unable to resolve the context of the Supplemental Memorandum filed by Plaintiff to the Minute Order (ECF No. 14) or the Response filed by Defendant (ECF No. 15). Plaintiff will provide to the Court a Supplemental Memorandum to include as part of the Joint Status Report. The Plaintiff will file the Supplemental Memorandum, which will consist of a response to ECF No. 15 for the Court's review and consideration.

| | |
|---|---|
| Dated: January 27, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division |
| By: /s/_____<br>Antonio Gregory Brooks | By: */s/ Kimberly A. Stratton*<br>KIMBERLY A. STRATTON<br>P.A. Bar #327725<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>Ph: (202) 417-4216<br>Email: kimberly.stratton@usdoj.gov<br><br>*Attorneys for the United States of America* |