UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO GREGORY BROOKS,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　Defendant. | Civil Action No. 24-2200 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated March 6, 2025, the parties, Defendant, Federal Bureau of Investigation ("Defendant" or "FBI") and Plaintiff, Antonio Gregory Brooks ("Plaintiff") submit this joint status report in this Freedom of Information Act ("FOIA") case:

**Defendant's Statement**:

1.　The FBI previously reported that Plaintiff provided the FOIA request number that Plaintiff alleges applies to his four FOIA requests. *See* Joint Status Report (ECF No. 13) ¶ 1. The FBI reported that it was conducting additional searches based on the information Plaintiff provided. *Id*.

2.　The FBI reports that it issued its first release of responsive, nonexempt records on May 2, 2025, and anticipates making the second and final release of any responsive, nonexempt records on or about June 2, 2025.  The FBI further reports that although Plaintiff contends that he attempted to confer with the Defendant, the undersigned counsel has neither met nor conferred with Plaintiff since the last joint status report of March 3, 2025. Plaintiff did not respond to the undersigned counsel's request for clarity about this statement.

4.       The FBI respectfully requests that the parties be given additional time to meet and confer, following the completion of processing. The FBI proposes filing another joint status report on or before July 8, 2025.

**Plaintiff's Statement**:

3.       Plaintiff attempted to confer with Defendant to resolve, remedy, update and execute the Joint Order for the FOIA requests as required by this Courts' orders. The Defendant declined to do so, contrary to the latest Order as required by this Court. Plaintiff is awaiting action by the Court to rule on next steps given Defendant's outright declination to follow this Court's instructions in the latest Joint Order.

Plaintiff does not agree with the proposed timeline and has not received any of the alleged documents released on May 2, 2025. Further, a 60 window is too broad given the repeated push by the Defendant to delay. Plaintiff request that next status update be due on June 6, 2025 or move to Summary Judgement in favor of Plaintiff.

Dated: March 6, 2025
         Washington, DC

By: /s/_____
Antonio Gregory Brooks

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: */s/ Kimberly A. Stratton*
   KIMBERLY A. STRATTON
   P.A. Bar #327725
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   Ph: (202) 417-4216
   Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*